■ In the Matter of RAYMOND PFRIENDER, Petitioner, v DONALD J. DILWORTH, as Commissioner of Police of the County of Suffolk, Respondent. —Proceeding pursuant to CPLR article 78 to review so much of a determination of the respondent, dated August 22, 1977, as, upon petitioner's guilty plea to a violation of a certain provision of the rules and regulations of the Suffolk County Police Department, dismissed him from his position as a police officer. Determination confirmed insofar as reviewed and proceeding dismissed on the merits, without costs or disbursements. In the light of the offense charged and the prior record of petitioner, the penalty imposed was not shocking to one's sense of fairness (see *Matter of Alfieri v Murphy,* 38 NY2d 976). Hopkins, J. P., Latham, Damiani and Suozzi, JJ., concur.

■ In the Matter of ROBERT A. WALLES, Respondent, v ADELE LEONARD, as Executive Directrix of the Nassau County Civil Service Commission, et al., Appellants.—In a proceeding pursuant to CPLR article 78, *inter alia,* to compel the Nassau County Civil Service Commission to reinstate the petitioner to the civil service list for police officers resulting from Examination No. 66-676, the appeal is from a judgment of the Supreme Court, Nassau County, dated April 28, 1977, which directed the appellants to re-examine the petitioner as to his blood pressure. Judgment affirmed, without costs or disbursements (see *Matter of Cassidy v Nassau County Civ. Serv. Comm.,* 59 AD2d 763). Hopkins, J. P., Latham, Damiani and Suozzi, JJ., concur.